IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AXALTA COATING SYSTEMS, LLC** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-3800** |
| | : | |
| **SRS VENTURES, INC.** | : | |
| | : | |

## ORDER

This 30th day of November 2021, for the reasons in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Substitute Service (ECF 3) is **GRANTED**.  Plaintiff is permitted to effect service upon the Defendant by hand-delivery to the California Secretary of State, or to any person employed in the Secretary of State's office in the capacity of assistant or deputy, one copy of the process for each defendant to be served, together with a copy of this Order authorizing such service.  Cal. Corp. Code § 1702(a).  Service in this manner is deemed complete on the 10th day after delivery of the process to the Secretary of State.  In addition, Plaintiff shall mail process by first-class or airmail pursuant to the requirements set forth in Cal. Code Civ. Proc. § 415.30(a) to all possible addresses for SRS Ventures and Asam Reynoso.

    /s/ Gerald Austin McHugh
United States District Judge