**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AXALTA COATING SYSTEMS, LLC** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-3800** |
| | : | |
| **SRS VENTURES, INC.** | : | |
| | : | |

**ORDER**

This 24th day of March, 2022, it is **ORDERED** that Plaintiff's Motion for Default Judgment, ECF 8, is **GRANTED IN PART**, for the reasons set forth in the accompanying memorandum. Judgment is entered in favor of Plaintiff and against Defendant SRS Ventures, Inc. for $105,625.00 in contractual damages, plus interest at a rate of six percent from February 12, 2021 to March 24, 2022.

                                                                              /s/ Gerald Austin McHugh
                                                                              United States District Judge